

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-12-00178-CV**

**IN RE JAVIER YBARRA**

_____

**Original Proceeding**

## MEMORANDUM OPINION

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d). The stay of

the trial court proceedings previously granted by this Court is hereby lifted.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition Denied
Opinion delivered and filed July 26, 2012
[OT06]